# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **THOMAS E. PEREZ**, Secretary of Labor, United States Department of Labor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 15 CV 8195 |
| **UNITED FLOOR INSTALLERS, INC.**, and **MICHAEL KNAUTZ**, individually | ) ) ) | Honorable Gary Feinerman |
| Defendants. | ) ) | |

## PLAINTIFF'S AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff, Thomas E. Perez, the Secretary of Labor of the United States Department of Labor, hereby moves this Court for entry of the proposed Consent Judgment against United Floor Installers, Inc. and Michael Knautz, an individual (collectively the "Defendants").

In support of this Motion, Plaintiff states that Defendants have consented to the entry of this Judgment. A copy of the Judgment, with Defendants' signatures indicating their consent, is attached hereto as Exhibit A.

WHEREFORE, Defendants having consented to the entry of Judgment against them, Plaintiff respectfully requests that this Court enter the proposed Consent Judgment submitted concurrently with this Motion.

Respectfully submitted,

**M. PATRICIA SMITH**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

s/ Megan J. McGinnis
Megan J. McGinnis
Kansas Bar #24618
mcginnis.megan.j@dol.gov
2300 Main Street, Suite 1020
Two Pershing Square Building
Kansas City, MO 64108
(816) 285-7260
(816) 285-7287 (fax)
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2016, I electronically filed the foregoing *PLAINTIFF'S AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

**SEAN F. DARKE**
Wessels Sherman Joerg Liszka
Laverty Seneczko P.C.
140 S. Dearborn Street, Suite 404
Chicago, Illinois 60603
(312) 629-9300 (Telephone)
(312) 629-9301 (Facsimile)
sedarke@wesselssherman.com

*Attorney for Defendants*

s/ Megan McGinnis