**EXHIBIT A TO CONSENT JUDGMENT**
*Perez v. United Floor Installers, Inc. et al*
*1:15-cv-08195*

| Name | Back Wages Due | Liquidated Damages Due | Total Due |
|---|---|---|---|
| Birk, Scott | $1,407.94 | $1,407.94 | $2,815.88 |
| Bryant, Tim | $601.93 | $601.93 | $1,203.86 |
| Burns, Bryon | $2,746.42 | $2,746.42 | $5,492.84 |
| Cain, Michael | $249.22 | $249.22 | $498.44 |
| Cain, Paul | $4,378.14 | $4,378.14 | $8,756.28 |
| Coker, Rob | $4,329.48 | $4,329.48 | $8,658.96 |
| Craven, Herb | $1,308.37 | $1,308.37 | $2,616.74 |
| Davis, Dan | $695.10 | $695.10 | $1,390.20 |
| Edmonds, Jordan | $995.39 | $995.39 | $1,990.78 |
| Gillen, Jesse | $4,393.80 | $4,393.80 | $8,787.60 |
| Graham, Jason | $1,374.91 | $1,374.91 | $2,749.82 |
| Herrick, William | $1,122.21 | $1,122.21 | $2,244.42 |
| Hightower, Lee | $111.43 | $111.43 | $222.86 |
| Hittenmiller, Bradley | $2,359.70 | $2,359.70 | $4,719.40 |
| Howe, Don | $1,254.93 | $1,254.93 | $2,509.86 |
| Hussen, Sam | $2,311.82 | $2,311.82 | $4,623.64 |
| Johnson, Karen | $1,967.66 | $1,967.66 | $3,935.32 |
| Johnson, Kyle | $1,582.51 | $1,582.51 | $3,165.02 |
| LuGrain, Carl | $261.73 | $261.73 | $523.46 |
| Nickolay, Mike | $92.64 | $92.64 | $185.28 |
| Pattera, Larry | $40.08 | $40.08 | $80.16 |
| Perkins, Larry | $1,515.47 | $1,515.47 | $3,030.94 |
| Pfohl, Ryan | $3,602.20 | $3,602.20 | $7,204.40 |
| Schetgan, Dave | $105.16 | $105.16 | $210.32 |
| Scholtes, Mark | $205.37 | $205.37 | $410.74 |

| **Name** | **Back Wages Due** | **Liquidated Damages Due** | **Total Due** |
|---|---|---|---|
| Smith, Justin | $111.43 | $111.43 | $222.86 |
| Spensley, Scott | $2,693.59 | $2,693.59 | $5,387.18 |
| Wallace, Chad | $81.37 | $81.37 | $162.74 |
| **TOTAL** | **=$41,900.00** | **=$41,900.00** | **=$83,800.00** |